Malcolm MUHAMMAD,
Plaintiff–Appellant,

v.

Sergeant COCHRANE, Sergeant at Wallens Ridge State Prison; Sergeant Greer, Sergeant at Wallens Ridge State Prison; Correctional Officer Cheeks, Correctional Officer; Correctional Officer Fusion, Correctional Officer, Defendants–Appellees,

and

Gene M. Johnson, Director of Virginia Department of Corrections; Bryant Watson, Warden, Wallens Ridge State Prison; A.P. Harvey, Assistant Warden, Wallens Ridge State Prison; Major Combs, Major of Security at Wallens Ridge State Prison; Lieutenant Collins, Lieutenant at Wallens Ridge State Prison; Investigator McBride, Investigator; B. Young, Sergeant, Defendants.

No. 12–6793.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2012.
Decided: Oct. 4, 2012.

Malcolm Muhammad, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders: accepting the recommendation of the magistrate judge and granting in part and denying in part Defendants' motion for summary judgment; and entering judgment of $2000 for Muhammad in accordance with a jury verdict in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny the motions for transfer and for a transcript and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*